1  J.A. Hudson, CSB #85799
   Hugo N. Gerstl, CSB #037927
2  GERSTL & HUDSON
   2460 Garden Road, Suite C
3  Monterey, CA 93940
   Telephone: (831) 649-0669
4  Facsimile: (831) 649-8007
   E-mail: Hugo@gerstlandhudson.com
5
6  Attorney for: Plaintiffs

**FILED**

MAY 0 3 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
C. WILLIAMS   DEPUTY

7  **SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY**

8  MICHAEL R. ALLEN,            Plaintiff,    | CASE NO. **M84368**
9  vs.                                        | **COMPLAINT FOR DAMAGES**
10 J. CRAIG HAMILTON, JR., individually and as | 1. Common Counts
11 co-trustee of PLEXCO TRUST, JOHN D.         | 2. Breach of fiduciary duties
   FARRALD, individually and as co-trustee of  | 3. Unjust enrichment
12 PLEXCO TRUST, PLEXCO TRUST, a
   California Trust, and DOES 1-10, Inclusive,
13                              Defendants.

14                    **PRELIMINARY ALLEGATIONS**

15     1. Plaintiff do not know the true names or capacities of Defendants sued herein as
16 DOES.
17     2. At all times herein mentioned, Plaintiff MICHAEL R. ALLEN ("ALLEN") was, and now
18 is, a resident of Maricopa County, Arizona.
19     3. At all times herein mentioned, Defendants J. CRAIG HAMILTON, JR. ("HAMILTON")
20 and JOHN D. FARRALD ("FARRALD") were and now are residents of Monterey County,
21 California. At all times herein mentioned, Defendants HAMILTON and FARRALD were co-
22 trustees of Defendant PLEXCO TRUST, a Trust which was set up under the laws of the State
23 of California and which has its principal domicile in Monterey County, California. For ease of
24 reference, said Defendants, and each of them, are sometimes referred to herein as
25 "HAMILTON / PLEXCO."

26
27
28 Gerstl & Hudson
   Attorneys at Law
   2460 Garden Road, Suite C
   Monterey, CA 93940
   Telephone: 831-649-0669
   Facsimile: 831-649-8007

-1-

4. Plaintiffs are informed and believe and thereon allege that at all times herein mentioned each defendant was, and now is, the agent, employee, and representative of the remaining defendants, and each of them, acting within the course of such agency, employment, and representative capacity with respect to all matters herein contained.

5. On or about November 20, 2000, at Carmel, California and Phoenix, Arizona, Plaintiffs and Defendants, and each of them conceived of a project wherein and whereby Defendant PLEXCO TRUST would be the nominal purchaser of a series of elder care facilities in the State of Texas, from the bankruptcy estate of a company called JRL INTERNATIONAL, INC. PLEXCO TRUST was the vehicle through which HAMILTON, and, to a lesser extent FARRALD, conducted their business ventures, including the proposed purchase of these assets. Plaintiff would, in turn, through a company called CONTINENTAL NURSING MANAGEMENT SERVICES, INC., an Arizona corporation, enter into a series of management agreements with the owner-operator of the nursing homes. A new corporation called JRL PROPERTIES INTERNATIONAL, INC. would be formed to nominally own and manage the nursing home properties.

6. The true agreement between the Plaintiff and the Defendants, and each of them, was that although HAMILTON / PLEXCO TRUST would be the nominal owner of these nursing care facilities through the "dummy" company JRL PROPERTIES INTERNATIONAL, INC., Plaintiff on the one hand, and Defendants, and each of them, on the other, would be engaged in a joint venture, albeit functioning through different entities, wherein each would derive one-half of the profits and be responsible for one-half of the liabilities incurred as a result of their said venture.

7. On or about November 20, 2000, Defendants purchased the name and/or the assets of a series of nursing homes owned by JRL INTERNATIONAL out of bankruptcy.

8. As between Plaintiff and Defendants, HAMILTON / PLEXCO was the managing partner. During the period November 20, 2000 through June 30, 2003, HAMILTON / PLEXCO made unilateral decisions concerning all aspects of the operation of the "dummy" entity, JRL

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007

-2-

PROPERTIES INTERNATIONAL, INC., including a conscious decision *not* to pay or deposit payroll taxes.

9. On or about September 26, 2003, Defendants severed the partnership arrangement by "terminating" CONTINENTAL'S "Management Agreement" with the dummy entity, JRL PROPERTIES INTERNATIONAL, INC.

10. On or about July 23, 2004, HAMILTON / PLEXCO filed a Chapter 11 Bankruptcy petition on behalf of JRL PROPERTIES INTERNATIONAL, INC., Case Number 04-47072-DML-11 in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. Said bankruptcy continues to this date. CONTINENTAL filed a proof of claim in bankruptcy against JRL and that matter is properly pending in the Bankruptcy Court. However, the instant action is between two groups of non-debtor individuals and a non-debtor trust, and does not in any way concern JRL. JRL's bankruptcy or its plan will in no way be affected by this action, and JRL is neither a necessary nor a proper party to this action.

11. In the latter part of 2004 and early 2005, the Internal Revenue Service (IRS) commenced collection activities against Plaintiff ALLEN individually, pursuant to a "100% penalty assessment" for the tax liability of JRL. Plaintiff contended that he, as an individual, had no liability to the IRS in connection with JRL's indebtedness because: (a) Although ALLEN was an officer of JRL, he had no final authority to determine which creditors would or would not be paid, and (b) HAMILTON / PLEXCO made all decisions as to who got paid and when.

12. From on or about July 23, 2004 through December 31, 2005, Plaintiff ALLEN continually advised HAMILTON / PLEXCO that it was *their* responsibility, not ALLEN'S, to pay the IRS claim. Although Defendant HAMILTON on behalf of himself and on behalf of Defendant PLEXCO TRUST gave evasive and contradictory answers to ALLEN'S demands, and indicated that HAMILTON / PLEXCO would be responsible for payment of the IRS claim, neither Defendant HAMILTON nor Defendant PLEXCO TRUST ever paid any portion of the IRS claim.

13. In December, 2005, the INTERNAL REVENUE SERVICE commenced aggressive collection tactics, seizing and levying against the bank accounts of Plaintiff ALLEN, his wife,

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007

-3-

and his children. In order to salvage his own financial situation, ALLEN paid the IRS $1,200,000 in March, 2006. Since that time, Plaintiff ALLEN has continued to request and demand that Defendants HAMILTON and PLEXCO TRUST reimburse him the $1,200,000 plus interest, but Defendants HAMILTON and PLEXCO TRUST have failed and refused and still fail and refuse to do so.

### FIRST CAUSE OF ACTION
### (Common counts – Plaintiff ALLEN against all Defendants)

14. Plaintiff repleads and incorporates herein by reference paragraphs 1-13 of his preliminary allegations.

15. Within two years last past, at Monterey County, California, Defendants, and each of them, became indebted to Plaintiff:

   a. On open book account for money due.

   b. For money had and received by or on behalf of Defendants for the use and benefit of Plaintiff.

   c. For money lent by Plaintiff to or for the benefit of Defendants at Defendants' special instance and request, and for which Defendants derived benefit.

   d. For money paid, laid out, and expended for Defendants' benefit at Defendants' special instance and request, and for which Defendants derived benefit.

14. The amount due, owing, and unpaid from Defendants to Plaintiff is $1,200,000, together with interest on said sum at the rate of 10% per annum from March 1, 2006 until paid.

### SECOND CAUSE OF ACTION
### (Breach of Fiduciary Duties – Against All Defendants)

15. Plaintiff repleads and incorporates herein by reference paragraphs 1-13 of his preliminary allegations.

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007

-4-

16. At all times herein mentioned, there existed and now exists a fiduciary duty between Plaintiff and Defendants, and each of them, based upon the fact that they were partners in the aforesaid venture. By virtue of their relationship, the parties owed one another the highest level of good faith and fair dealing.

17. Between April, 2004 and the present date, the exact dates of which are unknown and plaintiff will ask leave to amend this complaint to conform to proof at time of trial, Defendants, and each of them, breached their fiduciary duties to Plaintiff by failure to pay or indemnify Plaintiff for his payment of $1,200,000 to the INTERNAL REVENUE SERVICE, which, in actuality, was Defendants' sole obligation.

18. As a direct and proximate result of Defendants' breach of fiduciary obligations Plaintiffs have suffered the loss of $1,200,000, together with interest thereon at the rate of 10% per annum from March 1, 2006 until paid.

19. Defendants' acts constituted constructive fraud and were made with conscious disregard for Plaintiff's rights. By virtue thereof, Plaintiff ought to recover and Defendants ought to suffer exemplary and punitive damages commensurate with their wealth.

### THIRD CAUSE OF ACTION
(Unjust enrichment – Against all Defendants)

20. Plaintiff repleads and incorporates herein by reference paragraphs 1-13 of his preliminary allegations, and each and every paragraph and provision contained in his first and second causes of action. By virtue of the acts described herein, defendants will be unjustly enriched if their conduct is tolerated by the Court in such sums as shall be proved in court.

21. Because of their wrongful acts, defendants, and each of them, hold the said

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007

$1,200,000, together with interest thereon at the rate of 10% per annum, in constructive trust for the use and benefit of palintiff, and this court, in the exercise of its equitable jurisdiction, should so order.

WHEREFORE, Plaintiff prays for judgment and relief against Defendants, and each of them, as follows:

1. For $1,200,000 which Plaintiff paid to the IRS on Defendants' behalf, together with interest thereon at the rate of 10% per annum from March 1, 2006 until paid.

2. For exemplary and punitive damages commensurate with Defendants' wealth.

3. For all costs of suit herein incurred; and

4. For such other and further relief as to this Court shall seem just.

Dated: April 10, 2007

GERSTL & HUDSON

By: J.A. HUDSON
Attorney for Plaintiff

Gerstl & Hudson
Attorneys at Law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-0669
Facsimile: 831-649-8007

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> J.A. HUDSON, ESQ. #85799 / HUGO N. GERSTL, ESQ. #37927 <br> **GERSTL & HUDSON** <br> 2460 Garden Road, Suite C, Monterey, CA 93940 <br> TELEPHONE NO.: 831-649-0669   FAX NO.: 831-649-8007 <br> ATTORNEY FOR (Name): **Plaintiffs** | FOR COURT USE ONLY <br><br> **FILED** <br><br> MAY 0 3 2007 <br><br> LISA M. GALDOS <br> CLERK OF THE SUPERIOR COURT <br> _____DEPUTY <br> C. WILLIAMS |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **MONTEREY**
STREET ADDRESS: Superior Court of California, County of Monterey
MAILING ADDRESS: **1200 Aguajito Road**
CITY AND ZIP CODE: **Monterey, CA 93940**
BRANCH NAME: **Monterey**

CASE NAME: **ALLEN, et al. v. J. CRAIG HAMILTON, etc., et al.**

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited   [ ] Limited <br> (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | **M84368** <br> JUDGE: <br> DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[x] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve      e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence      f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought (check all that apply):
   a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 19, 2007

**J.A. HUDSON**
(TYPE OR PRINT NAME)                                               ▶ _(signature)_
                                                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**      ⓒEB      Cal. Rules of Court, rules 3.220, 3.400–3.403;
                                                                Standards of Judicial Administration, § 19
                                                                www.courtinfo.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| J.A. HUDSON, ESQ. #85799 / HUGO N. GERSTL, ESQ. #37927<br>GERSTL & HUDSON<br>2460 Garden Road, Suite C, Monterey, CA 93940<br>TELEPHONE NO.: 831-649-0669  FAX NO.: 831-649-8007<br>ATTORNEY FOR (Name): Plaintiffs | **FILED**<br>MAY 03 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>DEPUTY<br>C. WILLIAMS |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **MONTEREY**
STREET ADDRESS: Superior Court of California, County of Monterey
MAILING ADDRESS: 1200 Aguajito Road
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey

CASE NAME: ALLEN, et al. v. J. CRAIG HAMILTON, etc., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | M84368<br>JUDGE:<br>DEPT: |

Items 1–5 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23) | **Real Property**<br>[ ] Eminent domain/Inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26) | |
| **Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | **Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[X] Other complaint (not specified above) (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition (not specified above) (43) |
| **Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought (check all that apply):
   a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 19, 2007

J.A. HUDSON
(TYPE OR PRINT NAME)   ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**   CEB

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):<br>J.A. HUDSON, ESQ. #85799 / HUGO N. GERSTL, ESQ. #37927<br>GERSTL & HUDSON<br>2460 Garden Road, Suite C, Monterey, CA 93940<br>TELEPHONE NO.: 831-649-0669 FAX NO.: 831-649-8007<br>ATTORNEY FOR (Name): Plaintiffs | **FOR COURT USE ONLY**<br><br>**FILED**<br>MAY 0 3 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____ DEPUTY<br>C. WILLIAMS |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY
STREET ADDRESS: Superior Court of California, County of Monterey
MAILING ADDRESS: 1200 Aguajito Road
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey

CASE NAME: ALLEN, et al. v. J. CRAIG HAMILTON, etc., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited   [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **M84368**<br>JUDGE:<br>DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[x] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action (specify):

5. This case [ ] is [x] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 19, 2007

J.A. HUDSON
(TYPE OR PRINT NAME)      ▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**    ©EB    Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
J. CRAIG HAMILTON, JR., individually and as co-trustee of PLEXCO TRUST, JOHN D. FARRALD, individually and as co-trustee of PLEXCO TRUST, PLEXCO TRUST, a California Trust, and DOES 1-10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MICHAEL R. ALLEN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
MAY 0 3 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
C. WILLIAMS DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Monterey
1200 Aguajito Road
Monterey, CA 93940

CASE NUMBER: *(Número del Caso):* **M84368**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. A HUDSON, ESQ. #85799 / HUGO N. GERSTL, ESQ. #37927    831-649-0669
GERSTL & HUDSON
2460 Garden Road, Suite C, Monterey, CA 93940

DATE: MAY 0 3 2007    Clerk, by LISA M. GALDOS, C. WILLIAMS, Deputy
*(Fecha)*        *(Secretario)*        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

CEB

Code of Civil Procedure §§ 412.20, 465

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
J. CRAIG HAMILTON, JR., individually and as co-trustee of PLEXCO TRUST, JOHN D. FARRALD, individually and as co-trustee of PLEXCO TRUST, PLEXCO TRUST, a California Trust, and DOES 1-10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MICHAEL R. ALLEN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
MAY 0 3 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
C. WILLIAMS   DEPUTY

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Monterey
1200 Aguajito Road
Monterey, CA 93940

CASE NUMBER:
*(Número del Caso):* **M84368**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. A HUDSON, ESQ. #85799 / HUGO N. GERSTL, ESQ. #37927     831-649-0669
GERSTL & HUDSON
2460 Garden Road, Suite C, Monterey, CA 93940

DATE:  MAY 0 3 2007        Clerk, by  LISA M. GALDOS / C. WILLIAMS , Deputy
*(Fecha)*                  *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

©EB

Code of Civil Procedure §§ 412.20, 465

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
J. CRAIG HAMILTON, JR., individually and as co-trustee of PLEXCO TRUST, JOHN D. FARRALD, individually and as co-trustee of PLEXCO TRUST, PLEXCO TRUST, a California Trust, and DOES 1-10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MICHAEL R. ALLEN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
MAY 03 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
C. WILLIAMS   DEPUTY

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Monterey
1200 Aguajito Road
Monterey, CA 93940

CASE NUMBER: *(Número del Caso):* **M84368**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. A HUDSON, ESQ. #85799 / HUGO N. GERSTL, ESQ. #37927     831-649-0669
GERSTL & HUDSON
2460 Garden Road, Suite C, Monterey, CA 93940

DATE: MAY 03 2007   Clerk, by LISA M. GALDOS / C. WILLIAMS, Deputy
*(Fecha)*           *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**   CEB

Code of Civil Procedure §§ 412.20, 465

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> J.A. Hudson  #85799 <br> 2460 Garden Rd., Suite C <br> Monterey, Ca. 93940 <br><br> TELEPHONE NO.: 831.649.0669  FAX NO. *(Optional):* 831.649.8007 <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* Michael R. Allen, Plaintiff | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** MONTEREY
STREET ADDRESS: 1200 Aguajito Rd.
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, Ca. 93940
BRANCH NAME:

PLAINTIFF/PETITIONER: Michael R. Allen

DEFENDANT/RESPONDENT: Craig Hamilton, Plexco Trust, John Farrald

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: <br> M84368 |
|---|---|

TO *(insert name of party being served):* Plexco Trust

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 5/26/07

J.A. Hudson
(TYPE OR PRINT NAME)    ▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [x]  A copy of the summons and of the complaint.
2. [x]  Other *(specify):*
   Case Management Notice, Civil Cover Sheet, ADR Information Notice

*(To be completed by recipient):*

Date this form is signed:

▶ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]    **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**        Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> J.A. Hudson  #85799 <br> 2460 Garden Rd., Suite C <br> Monterey, Ca. 93940 <br><br> TELEPHONE NO.: 831.649.0669   FAX NO. (Optional): 831.649.8007 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Michael R. Allen, Plaintiff | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY |
|---|
| STREET ADDRESS: 1200 Aguajito Rd. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Monterey, Ca. 93940 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: Michael R. Allen <br> DEFENDANT/RESPONDENT: Craig Hamilton, Plexco Trust, John Farrald | |
|---|---|
| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: <br> M84368 |

TO (insert name of party being served): J.Craig Hamilton

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 5/26/07

J.A. Hudson
(TYPE OR PRINT NAME)      ▶  (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. [x] A copy of the summons and of the complaint.
2. [x] Other (specify):
   Case Management Notice, Civil Cover Sheet, ADR Information Notice

(To be completed by recipient):

Date this form is signed:

▶

_____      _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)      ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | CEB | Code of Civil Procedure, <br> §§ 415.30, 417.10 <br> www.courtinfo.ca.gov |
|---|---|---|---|

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| J.A. Hudson  #85799<br>2460 Garden Rd., Suite C<br>Monterey, Ca. 93940<br>TELEPHONE NO.: 831.649.0669   FAX NO. *(Optional)*: 831.649.8007<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Michael R. Allen, Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY
STREET ADDRESS: 1200 Aguajito Rd.
MAILING ADDRESS:
CITY AND ZIP CODE: Monterey, Ca. 93940
BRANCH NAME:

PLAINTIFF/PETITIONER: Michael R. Allen

DEFENDANT/RESPONDENT: Craig Hamilton, Plexco Trust, John Farrald

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>M84368 |
|---|---|

TO *(insert name of party being served)*: John D. Farrald

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 5/26/07

J.A. Hudson
(TYPE OR PRINT NAME)                    ► *(signature)*
                                        (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. [x]  A copy of the summons and of the complaint.
2. [x]  Other *(specify)*:
        Case Management Notice, Civil Cover Sheet, ADR Information Notice

*(To be completed by recipient):*

Date this form is signed:

_____          ►  _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                      ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California     **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**     CEB     Code of Civil Procedure,
POS-015 [Rev. January 1, 2005]                                                                   §§ 415.30, 417.10
                                                                                                 www.courtinfo.ca.gov