| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | Lisa D. Olle, Bar No. 228551 |
| | LOlle@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |

Attorneys for Defendants
PLEXCO TRUST, J. CRAIG HAMILTON, JR., and
JOHN D. FARRALD as Trustee of PLEXCO TRUST
and PLEXCO TRUST

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: <br><br> JRL PROPERTIES INTERNATIONAL INC., <br><br> Debtor. | Case No. 04-47072-dml-11 <br><br> Chapter 11 <br> (Pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division) |
| MICHAEL R. ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. C07 03382 PVT <br><br> **CERTIFICATE OF SERVICE** |

1  I, Lisa DeCosta, declare:

2  I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years, and not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 18, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

2. **DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;**

3. **NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE;**

4. **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5);**

5. **WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION;**

6. **U.S. DISTRICT COURT NORTHERN CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT;**

7. **GENERAL ORDER NO. 40;**

8. **GENERAL ORDER NO. 45;**

9. **ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES;**

10. **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION;**

11. **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;**

12. **STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY; and**

13. **MAGISTRATE JUDGE PATRICIA TRUMBULL SETTLEMENT CONFERENCE PROCEDURES**

by placing a true copy thereof addressed to the following parties via:

>   J.A. Hudson, Esq.
>   Hugo N. Gerstl, Esq.
>   GERSTL & HUDSON
>   2460 Garden Road, Suite C
>   Monterey, CA 93940
>   Telephone (831) 649-0669
>   Facsimile: (831) 649-8007

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above.

☒ OVERNIGHT MAIL – following ordinary business practices, the envelope was sealed and placed for collection by United Parcel Service on this date, and would, in the ordinary course of business, be retrieved by United Parcel Service for overnight delivery on this date.

☐ ELECTRONIC TRANSMISSION – I caused each document to be sent by electronic mail to the email address indicated above

☒ MAIL – by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as stated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 18, 2007, at San Francisco, California.

*[signature]*
Lisa DeCosta