1  David T. Biderman, Bar No. 101577
     dbiderman@perkinscoie.com
2  Lisa Delehunt Olle, Bar No. 228551
     lolle@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendants
   PLEXCO TRUST, J. CRAIG HAMILTON, JR. and
7  JOHN D. FARRALD as Trustee of PLEXCO
   TRUST and PLEXCO TRUST
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

| | |
|---|---|
| In Re: | Case No. 04-47072-DML-11 |
| JRL PROPERTIES INTERNATIONAL, INC. | Chapter 11 (Pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division |
| Debtor. | |
| MICHAEL R. ALLEN, | Case No. CO7 03382 PVT |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT** |
| v. | |
| J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, and DOES 1-10, Inclusive, | |
| Defendants. | |

        TO:    Clerk of the United States District Court for the Northern District of California:

        Please enter default under the provisions of Fed. R. Civ. P. 55(a) because of the failure of

the Plaintiff, MICHAEL R. ALLEN, to file an answer or responsive pleading, as follows:

REQUEST FOR ENTRY OF DEFAULT
CASE NO. C07 03382 PVT
64456-0001/LEGAL13445925.1

1.     The Defendants' Original Answer, Affirmative Defenses and Counterclaims (the "Counterclaim") was filed on June 27, 2007.

2.     The Counterclaim was served on June 27, 2007, via facsimile and United States mail to the Plaintiff's attorney pursuant to Fed. R. Civ. P. 5(b). Attached hereto as Exhibit "A" is page 12 of the Counterclaim, the Certificate of Service of Lisa DeCosta.

3.     Pursuant to Fed R. Civ. P. 12(a)(2), the 20 day limit for filing a reply applies.

4.     The Plaintiff has not filed a reply within the time limit fixed by Fed R. Civ. P. 12(a)(2).

5.     The Plaintiff is not an infant, minor, incompetent person or in the active military service.

6.     Attached is the Declaration of Lisa D. Olle in support of this request.

DATED: August 3, 2007

**PERKINS COIE** LLP

By: ____/s/____
    Lisa D. Olle

Attorneys for Defendants
PLEXCO TRUST, J. CRAIG HAMILTON, JR. and JOHN D. FARRALD as Trustee of PLEXCO TRUST and PLEXCO TRUST