EXHIBIT "A"

## CERTIFICATE OF SERVICE

I, Lisa DeCosta, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years, and not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. I am personally familiar with the firm's business practice of collection and processing for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. On June 27, 2007, I served the following document(s):

**DEFENDANT'S ORIGINAL ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

J. A. Hudson, Esq.
Hugo N. Gerstl, Esq.
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA  93940

☒ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ ELECTRONIC TRANSMISSION – I caused each document to be sent by electronic mail to the email address indicated above

☐ BY HAND – I caused each envelope to be delivered by hand to the offices listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 27, 2007, at San Francisco, California.

Lisa DeCosta

- 12 -
DEFENDANT'S ORIGINAL ANSWER, AFFIRMATIVE
DEFENSES AND COUNTERCLAIMS
64456-0001/LEGAL13360223.1



EXHIBIT A