1  David T. Biderman, Bar No. 101577
   dbiderman@perkinscoie.com
2  Lisa Delehunt Olle, Bar No. 228551
   lolle@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA  94111-4131
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendants
   PLEXCO TRUST, J. CRAIG HAMILTON, JR. and
7  JOHN D. FARRALD as Trustee of PLEXCO
   TRUST and PLEXCO TRUST
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

| In Re: | Case No. 04-47072-DML-11 |
|---|---|
| JRL PROPERTIES INTERNATIONAL, INC.<br><br>Debtor. | Chapter 11<br>(Pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division |
| MICHAEL R. ALLEN,<br><br>    Plaintiff,<br><br>  v.<br><br>J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. CO7 03382 PVT<br><br>**DECLARATION OF LISA D. OLLE IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

        I, Lisa D. Olle, declare as follows:

        1.    I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief,

DECLARATION OF LISA D. OLLE
CASE NO. C07003382 PVT
64456-0001/LEGAL13446151.1

1 and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of California and am an associate with the law firm of Perkins Coie LLP, attorneys for Defendants J. Craig Hamilton, Jr., Individually and as Trustee of Plexco Trust, John D. Farrald, Individually and as Trustee of Plexco Trust, and Plexco Trust, a California Trust ("Defendants") in the above-captioned matter. This declaration is filed in support of Defendants' Request for Entry of Default.

3. Service of the Defendants' Original Answer, Affirmative Defenses and Counterclaims (the "Counterclaim") was made upon the Plaintiff on June 27, 2007, as appears from the Certificate of Service of Lisa De Costa, filed as an attachment to the Request for Entry of Default.

4. The Defendants have not received a reply to the Counterclaim from the Plaintiff.

5. The Plaintiff is not an infant, minor, incompetent person, or active in the military service.

6. No part of the actual damages, reasonable attorneys' fees, litigation expenses or court costs, as demanded in the Counterclaim, have been paid.

                                              /s/
                                              Lisa D. Olle

- 2 -