**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   408.535.5364

August 10, 2007

RE:  CV 07-03382 PVT    MICHAEL R. ALLEN-v- J. CRAIG HAMILTON JR., ET AL

Default is entered as to Plaintiff Michael R. Allen on 8/9/2007.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89