J.A. HUDSON, CSB #85799
Hugo N. Gerstl, CSB #037927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>JRL PROPERTIES INTERNATIONAL, INC.,<br><br>　　　　　　Debtor.<br>_____ | Case No. 04-47072-DML-11<br><br>Chapter 11<br>(Pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division) |
| MICHAEL R. ALLEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>J. CRAIG HAMILTON, JR., individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD, as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California Trust, JRL PROPERTIES, INC., a Texas corporation, and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No. C07-03382-PVT<br><br>**NOTICE OF MOTION FOR RELIEF FROM DEFAULT AND TO ALLOW RESPONSE TO COUNTER-CLAIM AND MOTION FOR RELIEF FOR FAILURE, IF ANY, TO COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE, RULE 9027(e)(3)**<br><br>Date: September 18, 2007<br>Time: 10:00 a.m.<br>Judge: The Honorable Magistrate Patricia V. Trumbull<br>Courtroom 5, Fourth Floor |

　　TO:　　DEFENDANTS, PLEXCO TRUST, J. CRIAG HAMILTON, JR. AND JOHN D. FARRALD, AS TRUSTEE OF PLEXCO TRUST, and PLEXCO TRUST, AND TO THEIR COUNSEL OF RECORD:

　　YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that on September 18, 2007, at the hour of 10:00 a.m., or as soon as counsel can be heard, in the Courtroom of the Honorable Patricia V. Trumbull, United States Magistrate Judge, situated at 280 South First Street, San Jose, California 95113, Plaintiff MICHAEL R. ALLEN will move the Court, and hereby does move the Court for an

-1-

ORDER relieving Plaintiff MICHAEL R. ALLEN of the default entered on August 9, 2007, and authorizing a response to the counter-claim (Exhibit "A" attached hereto) in the event this matter is not remanded to the state court; and striking the counter-claim and request for entry of default in the event the case is remanded to the state court and for relief for failure, if any, to comply with Federal Rule of Bankruptcy Procedure Rule 9027(e)(3).

Said Motion is set for September 18, 2007 because this is the date and time set for Plaintiff's Motion to Remand the case to the State Court, and hearing both matters at said time on said date will provide for the expeditious administration of justice and will conserve scarce court resources.

Said Motion will be made and based upon the fact that said default was taken by virtue of Plaintiff's mistake, inadvertence, surprise, or excusable neglect, and is based upon the provisions of FRCP Rules 55(c) and 60(b).

Said Motion will further be based upon the Declaration of J.A. Hudson, submitted herewith, the Points and Authorities appended hereto; the papers, records and documents on file herein; and upon such other and further matters, oral and documentary, as shall come before the Court on hearing this matter.

Dated: August 17, 2007                                    GERSTL & HUDSON

                                                          _____
                                                          J.A. HUDSON
                                                          Attorney for Plaintiff/Moving Party