1  J.A. HUDSON, CSB #85799
2  Hugo N. Gerstl, CSB #037927
   GERSTL & HUDSON
3  2460 Garden Road, Suite C
   Monterey, CA 93940
4  Telephone: (831) 649-0669
5  Facsimile: (831) 649-8007

6
   Attorney for Plaintiff
7
                 UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
8                                       SAN JOSE DIVISION

9

| | |
|---|---|
| In Re: | Case No. 04-47072-DML-11 |
| JRL PROPERTIES INTERNATIONAL, INC., | Chapter 11<br>(Pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division) |
| Debtor. | |
| MICHAEL R. ALLEN, | Case No. C07-03382-PVT |
| Plaintiff, | **STATEMENT REQUIRED BY FRBP RULE 9027(e)(3)** |
| v. | |
| J. CRAIG HAMILTON, JR., individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD, as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California Trust, JRL PROPERTIES, INC., a Texas corporation, and DOES 1-10, Inclusive, | |
| Defendants. | |

    Pursuant to FRBP Rule 9027(e)(3) comes now Plaintiff MICHAEL R. ALLEN and, as required by FRCB Rule 9027(e)(3) states as follows:

    1.    Plaintiff can neither admit nor deny any allegation in the Notice of Removal that upon removal of the claim or cause of action the proceeding is core or non-core because the removing

                                        EXHIBIT "B'

                                         -1-

party has failed to state anywhere within the Notice of Removal that the claim is core or non-core, as required by FRBP Rule 9027(a)(1).

  2.  Affirmatively states that the proceeding is non-core since it is not within the class of cases defined under 28 USCA §157(b)(2) to be a core proceeding, and further, the Complaint, as filed, does not join the Debtor or the Debtors' estate.

  3.  Plaintiff does not consent to entry of final orders or judgment by the Bankruptcy Judge.

  4.  Plaintiff affirmatively asserts that the Bankruptcy Court does not have jurisdiction over the parties to the instant action.

Dated: August 16, 2007        GERSTL & HUDSON

                       _____
                        J.A. HUDSON
                        Attorney for Plaintiff