1  David T. Biderman, Bar No. 101577
   dbiderman@perkinscoie.com
2  Lisa D. Olle, Bar No. 228551
   lolle@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111
   Telephone: (415) 344-7000
5  Facsimile: (415) 344-7050

6  Attorneys for Defendants
   J. CRAIG HAMILTON, JR. and JOHN D.
7  FARRALD, individually and as co-trustees of
   PLEXCO TRUST, and PLEXCO TRUST

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| In Re:<br><br>JRL PROPERTIES INTERNATIONAL, INC.<br><br>Debtor. | Case No. 04-47072-DML-11<br><br>Chapter 11<br>(Pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division |
| MICHAEL R. ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. CO7 03382 PVT<br><br>**STIPULATION THAT MOTION FOR REMAND BE GRANTED, THAT PLAINTIFF IS RELIEVED OF HIS DEFAULT, AND THAT EACH SIDE SHALL PAY HIS OR ITS OWN ATTORNEYS' FEES AND COSTS** |

   The parties hereby stipulate that

   1.    Plaintiff's Motion for Remand shall be granted. The case shall be remanded to the Superior Court of California for the County of Monterey.

---

STIPULATION THAT MOTION FOR REMAND BE GRANTED
CASE NO. C07 03382 PVT
64456-0001/LEGAL13508570.1

1   2.   The Clerk's Entry of Default: shall be vacated. Since the case is remanded to the
2   Monterey County Superior Court and there is no counterclaim procedure in the California State
3   Court, defendants shall be granted leave to file a cross-complaint.
4   3.   No fees or costs are awarded to either side. Each party shall pay his or its own
5   attorneys' fees and costs.
6   4.   Defendants shall have 60 days, from the date of remand, to file a responsive
7   pleading and cross-complaint in Monterey County Superior Court. Applicable statues of
8   limitation, if any, are tolled during such 60 days.

Dated: August 28, 2007          PERKINS COIE LLP

                                By: /s/ Lisa D. Olle
                                    Lisa D. Olle

                                Attorneys for Defendants
                                J. CRAIG HAMILTON, JR. and JOHN D.
                                FARRALD, individually and as co-trustees
                                of PLEXCO TRUST, and PLEXCO
                                TRUST

Dated: August 29, 2007          GERSTL & HUDSON

                                By: /s/ Art Hudson
                                    Art Hudson

                                Attorneys for Plaintiff
                                MICHAEL R. ALLEN

STIPULATION THAT MOTION FOR REMAND BE GRANTED
CASE NO. C07-03382 PVT
60456-0001/LEGAL13508370.1