```
 1  David T. Biderman, Bar No. 101577
        dbiderman@perkinscoie.com
 2  Lisa D. Olle, Bar No. 228551
        lolle@perkinscoie.com
 3  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 4  San Francisco, CA 94111
    Telephone: (415) 344-7000
 5  Facsimile:  (415) 344-7050

 6
    Attorneys for Defendant
 7  J. CRAIG HAMILTON, JR. and JOHN D.
    FARRALD, individually and as co-trustees of
 8  PLEXCO TRUST, and PLEXCO TRUST

 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No. C07 03382 PVT<br><br>**JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Plaintiff, Michael R. Allen, and Defendants J. Craig Hamilton, Jr., Individually and as Trustee of Plexco Trust, John D. Farrald as Trustee of Plexco Trust, and Plexco Trust hereby voluntarily and jointly consent to have the United States Magistrate Judge conduct and any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United State Court of Appeals for the Ninth Circuit.

JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. C07 03382 PVT

91004-1100/LEGAL13532928.1

1
2   Dated: 9/10, 2007
3
4
5                               _____
                                Lisa D. Olle
6
                                Counsel for Defendants
7                               J. CRAIG HAMILTON, JR., individually and as co-
                                trustee of PLEXCO TRUST, JOHN D. FARRALD,
8                               individually and as co-trustee of PLEXCO TRUST,
                                and PLEXCO TRUST
9
10  Dated: 9/7, 2007
11
12
13                              _____
                                Hugo N. Gerstl
14
                                Counsel for Plaintiff
15                              MICHAEL R. ALLEN
16
17
18
19
20
21
22
23
24
25
26
27                                              2
28  JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
    CASE NO. C07 03382 PVT