| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
|   |    dbiderman@perkinscoie.com |
| 2 | Lisa D. Olle, Bar No. 228551 |
|   |    lolle@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, CA 94111 |
|   | Telephone:  (415) 344-7000 |
| 5 | Facsimile:  (415) 344-7050 |

Attorneys for Defendants
J. CRAIG HAMILTON, JR. and JOHN D. FARRALD, individually and as co-trustees of PLEXCO TRUST, and PLEXCO TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>JRL PROPERTIES INTERNATIONAL, INC.<br><br>Debtor. | Case No. 04-47072-DML-11<br><br>Chapter 11<br>(Pending in the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division |
| MICHAEL R. ALLEN,<br><br>          Plaintiff,<br><br>    v.<br><br>J. CRAIG HAMILTON, JR., Individually and as Trustee of PLEXCO TRUST, JOHN D. FARRALD as Trustee of PLEXCO TRUST, PLEXCO TRUST, a California trust, and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No. CO7 03382 PVT<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR REMAND, RELIEVING PLAINTIFF OF HIS DEFAULT, AND GRANTING DEFENDANTS LEAVE TO FILE CROSS-COMPLAINT (PROPOSED)** |

    The parties having stipulated thereto and GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that

    1.    Plaintiff's Motion for Remand is granted. The case is remanded to the Superior Court of California for the County of Monterey.

[PROPOSED] ORDER GRANTING MOTION FOR REMAND
CASE NO. C07 03382 PVT
64456-0001/LEGAL13508497.1
91004-1100/LEGAL13519237.1

1       2.      The Clerk's Entry of Default is vacated. Since the case is remanded to the
2  Monterey County Superior Court and there is no counterclaim procedure in the California State
3  Court, defendants are to be granted leave to file a cross-complaint.

4       3.      No fees or costs are awarded to either side.  Each party shall pay his or its own
5  attorneys' fees and costs.

6       4.      Defendants shall have 60 days, from the date of remand, to file a responsive
7  pleading and cross-complaint in Monterey County Superior Court.  Applicable statutes of
8  limitation, if any, are tolled during such 60 days.

10  Dated:  September 12, 2007

    _____
11                           Magistrate Judge Patricia Trumbull